IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WESLEY JEFFERSON
ADC #104933                                                                                          PETITIONER

VS.                                            5:09CV00375 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Corrections                                                       RESPONDENT

## ORDER

The Court has received the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. In response to the recommended disposition, Petitioner has filed a motion seeking to withdraw his petition. (Docket # 13). For good cause shown, Petitioner's motion to withdraw is GRANTED. Based on this withdrawal, the proposed findings and recommended disposition is rendered moot.

Dated this 15th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE